LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-07445-BRO (CWx) | Date | May 19, 2014 |
|---|---|---|---|
| Title | Lisa Brumfield v. Belmont Village LP et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER TO SHOW CAUSE TO ATTORNEY EMILY J. LEAHY**

Defense attorney Emily J. Leahy has failed to provide the court with admission status to the Bar of the Central District of California, as requested in the Court's letter dated April 8, 2014. Accordingly, Defendant is ORDERED TO SHOW CAUSE by the close of business on Monday, June 2, 2014, why Emily J. Leahy should not be stricken from the docket in this matter and reported to any relevant State Bar authority.

As indicated in the letter of April 8, 2014, a review of the Court's file indicates that you are not a member of the Bar of the Central District of California. You may enter an appearance in this Court as an attorney of record for another person, an organization, or a class only if you are a member of the Bar of this Court, or are otherwise authorized to practice before this Court. Local Rule 83-2.1.1.1.

If you have been admitted to the Bar of this Court, you are ORDERED to submit proof of your admission, consisting of a copy of your admission certificate or proof of payment of the admission fee (such as a copy, front and back, of the returned check). Proof of admission must be e-mailed to cacd_attyadm@cacd.uscourts.gov on or before Monday, June 2, 2014.

If you were admitted to the Bar of this Court under a different name, you must immediately update your information with the Court. To do so, you must (1) log in to the CM/ECF System and update your information; and (2) complete a "Notice of Change of Attorney Business or Contact Information" (Form G-6). Review the instructions to Form G-06, and the instructions located at www.cacd.uscourts.gov/attorneys, for additional information. Note that Local Rule 83-2.4 requires that you take the necessary steps to

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 13-07445-BRO (CWx)** | Date | May 19, 2014 |
|---|---|---|---|
| Title | **Lisa Brumfield v. Belmont Village LP et al** | | |

update your information with the Court within five days of any change. In addition, because the discrepancy has already come to the attention of the Attorney Admissions Clerk, you must e-mail a copy of your completed Form G-06 to cacd_attyadm@cacd.uscourts.gov no later than June 2, 2014.

If you are not a member of the Bar of this Court, but are eligible for admission, you must apply for admission by submitting a completed "Application for Admission to the Bar of the Central District of California" (Form G-60), or by completing the online application process. Instructions and additional information about the admissions process, as well as a link to the online application, may be found at www.cacd.uscourts.gov/attorneys/admissions. If you intend to apply for admission to the Bar of this Court, you must submit your application and pay the fee no later than June 10, 2014.

If you are not eligible for admission to the Bar of this Court, but believe you are eligible to appear in a particular case under this Court's Local Rules, you must so inform the Attorney Admissions Clerk within ten days of the date of this letter, by e-mail to cacd_attyadm@cacd.uscourts.gov. If you intend to file an application for permission to appear pursuant to Local Rule 83-2.1.3 or 83-2.1.5, or to submit documents to support an appearance pursuant to Local Rule 83-4, you must include copies of all necessary documents with your e-mail.

Failure to take action in response to this order to show cause may result in notification to any relevant State Bar authority and removal of your name in this docket of this action.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |