# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BRUMFIELD, and IVA FARHANI individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BELMONT VILLAGE, L.P., and DOES 1–100, inclusive,<br><br>    Defendants. | Case No. cv 13-07445-BRO (CWx)<br>*Assigned to Hon. Beverly Reid O'Connell*<br><br>**JUDGMENT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

In accordance with the February 9, 2015 Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Granting in Part Plaintiffs' Motion for Attorneys Fees [ECF Doc. 35] ("Final Approval Order") entered by the Court in this action, **IT IS ORDERED** that:

1. The Settlement Class conditionally certified in the Preliminary Approval Order is confirmed.

2. Judgment is hereby entered dismissing the above-captioned action against Defendant Belmont Village, L.P. on the merits and with prejudice and without the payment of fees or costs other than as provided in the Settlement referred to in the Final Approval Order.

3. This Judgment applies to all claims or causes of action settled under the terms of the Settlement Agreement, and shall be fully binding with respect to all Settlement Class Members. In other words, Settlement Class Members are hereby barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, any and all claims released as provided in the Settlement Agreement. All of the released claims shall be conclusively deemed released and discharged as to the Released Parties as provided in the Settlement Agreement.

4. This Judgment shall have the force and effect of res judicata as to each Settlement Class Member.

5. All claims asserted by Plaintiffs are hereby dismissed with prejudice.

6. All payments to Settlement Class Members, Class Counsel, and the Claims Administrator shall be disbursed pursuant to the terms of the Settlement Agreement. Payments for Class Counsel's fees and costs, on the one hand, and the Claims Administrator's fees and costs, on the other hand, shall be made in the amounts specified below.

7. Harris & Ruble and the Law Office of Andrew J. Sokolowski ("Class Counsel") are qualified to represent the Settlement Class, and the Court confirms their appointment as Class Counsel. Class Counsel's request for an award of attorney's fees in

1 | the amount of $114,828 is hereby granted pursuant to Federal Rule of Civil Procedure
2 | 23(h).  The Court also approves reimbursement for Class Counsel's expenses in the
3 | amount of $5,059.24.

4 |        8.     The Court approves the payment of settlement-administration fees and
5 | expenses to CPT Group, Inc. in the amount of $26,000.

6 |        9.     The Court finds that it is appropriate to grant service awards in the amounts
7 | of $5,000 each to Plaintiffs Brumfield and Farhani.  These payments shall be made
8 | pursuant to the procedures specified in the Settlement Agreement.

9 |       10.    The Court approves the penalty payment of $5,000 to the California Labor
10 | and Workforce Development Agency ("LWDA") and directs that $3,750 be distributed to
11 | the LWDA with the remaining $1,250 to be distributed among the class members on a
12 | pro rata basis in accordance with California Labor Code section 2699(i).

13 |       11.    Without affecting the finality of this Judgment in any way, the Court hereby
14 | retains jurisdiction over the parties, including the Settlement Class Members, for
15 | purposes of construing, enforcing, and administering this Order and Judgment, as well as
16 | the Settlement Agreement itself.  This Order and Judgment shall constitute a final
17 | judgment for purposes of Federal Rule of Civil Procedure 58.

18 |       12.    This case is hereby **DISMISSED WITH PREJUDICE**, with all parties to
19 | bear their own costs, except as set forth herein.

**IT IS SO ORDERED.**

Dated:  February 20, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE